**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Henry J Streahle, III | Case No.: | 17-23898 |
| | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | Poslusny |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable ___Jerrold N. Poslusny Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4C
Mitchell C. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** April 12, 2019 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 3/8/19

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on ___March 8___, 20_19_ this notice was served on the following: Debtor, Debtor's Attorney, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Henry J Streahle, III
    Debtor

Case No. 17-23898-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db          +Henry J Streahle, III,   43 New Street,   Bridgeton, NJ 08302-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Linda S. Fossi   on behalf of Creditor   US Bank Cust PC5 Sterling Natl lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Michael Frederick Dingerdissen   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Rebecca J. Bertram   on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
          Seymour Wasserstrum   on behalf of Debtor Henry J Streahle, III mylawyer7@aol.com, ecf@seymourlaw.net
          Sherri Jennifer Smith   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 10