Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17−23898−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry J Streahle III
    205 Morias Avenue
    Millville, NJ 08332

Social Security No.:
    xxx−xx−9180

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                January 15, 2021
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*71* − Certification in Opposition to (related document:70 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Henry J Streahle III. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: November 4, 2020
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Henry J Streahle, III  
    Debtor(s)

Case No. 17-23898-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

**Recip ID    Recipient Name and Address**  
db    + Henry J Streahle, III, 205 Morias Avenue, Millville, NJ 08332-4916

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor DITECH FINANCIAL LLC andrew.spivack@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006- FF9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Linda S. Fossi | |

|   |   |
|---|---|
|   | on behalf of Creditor US Bank Cust PC5 Sterling Natl lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Michael Frederick Dingerdissen | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Seymour Wasserstrum | on behalf of Debtor Henry J Streahle III mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sherri Jennifer Smith | on behalf of Creditor DITECH FINANCIAL LLC ssmith@pincuslaw.com nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11