Certificate Number: 15111-NJ-DE-036813848

Bankruptcy Case Number: 17-23898



15111-NJ-DE-036813848

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2022, at 2:55 o'clock PM EDT, Henry J Streahle III completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    September 7, 2022                          By:     /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:   Executive Director of Education