| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Henry J Streahle III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9180<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23898–JNP | |

## Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Henry J Streahle III

<u>11/4/22</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-23898-JNP
Henry J Streahle, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry J Streahle, III, 205 Morias Avenue, Millville, NJ 08332-4916 |
| cr | | Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| cr | + | City of Bridgeton, c/o Bertram Law Office, L.L.C., 56 Fayette Street, Bridgeton, NJ 08302-2425 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516928871 | | A-1 Collection, 101 Grovers Mill Road - Suite 303, Lawrenceville, NJ 08648-4706 |
| 519490997 | | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519490998 | + | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1 c/o Gregory Funding LLC 90074-2334 |
| 516928874 | + | Bridgeton Tax Office, 168 Commerce St E, Bridgeton, NJ 08302-2622 |
| 516928875 | + | Bridgeton Water And Sewer Dept., 181 East Commerce St., Bridgeton, NJ 08302-2623 |
| 517789361 | | DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC, DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 517083386 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516928882 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 516928889 | | Millville Tax Collector, PO Box 609, Millville, NJ 08332-0609 |
| 516928890 | | Millville Water And Sewer Department, 12 S High St, Millville, NJ 08332-4244 |
| 516928896 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517098866 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516928899 | + | US Bank Cust Sterling National, 400 Rella Blvd, Suffern, NY 10901-4241 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516928872 | | Email/Text: collectors@arresourcesinc.com | Nov 04 2022 20:40:00 | AR Resources, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 517061395 | | EDI: BANKAMER.COM | Nov 05 2022 00:33:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA FL 33631-3785 |
| 516928873 | | EDI: HFC.COM | Nov 05 2022 00:33:00 | Boscov's, PO Box 17642, Baltimore, MD 21297-1642 |
| 516928883 | | EDI: CITICORP.COM | Nov 05 2022 00:33:00 | Home Depot, PO Box 6325, The Lakes, NV 88901 |
| 516958224 | + | Email/Text: tracey.gregoire@millvillenj.gov | Nov 04 2022 20:40:55 | City of Millville, 12 S. High Street, Milville, NJ |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 08332-4244 |
| 516928876 | | EDI: DISCOVER.COM | Nov 05 2022 00:33:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 516983017 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 04 2022 20:40:00 | Deutsche Bank National Trust Co., Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516928880 | | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Fashion Bug, 1103 Allen Dr, Milford, OH 45150-8763 |
| 516928881 | + | Email/Text: crdept@na.firstsource.com | Nov 04 2022 20:41:00 | First Source, Po Box 628, Buffalo, NY 14240-0628 |
| 516928886 | | EDI: IRS.COM | Nov 05 2022 00:33:00 | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 517083498 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 20:50:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516928888 | + | EDI: LTDFINANCIAL.COM | Nov 05 2022 00:33:00 | Ltd, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 516928891 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Nov 04 2022 20:40:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 518654740 | | Email/Text: mtgbk@shellpointmtg.com | Nov 04 2022 20:40:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654739 | | Email/Text: mtgbk@shellpointmtg.com | Nov 04 2022 20:40:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516928892 | ^ | MEBN | Nov 04 2022 20:36:42 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516928893 | | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516928895 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 04 2022 20:40:00 | SLS Mortgage, P.O. Box 636005, Littleton, CA 80163-6005 |
| 516928894 | | EDI: CITICORP.COM | Nov 05 2022 00:33:00 | Sears Credit Cards, Po Box 183081, Columbus, OH 43218-3081 |
| 516928898 | | EDI: USBANKARS.COM | Nov 05 2022 00:38:00 | US Bank, PO Box 790408, St. Louis, MO 63179-0179 |
| 517058759 | + | EDI: AIS.COM | Nov 05 2022 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516928900 | | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Walmart, Po Box 981470, El Paso, TX 79998-1470 |
| 516928901 | + | EDI: WFFC.COM | Nov 05 2022 00:38:00 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517020855 | | US Bank Cust for PC5 Sterling Natl |
| 516928884 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, Po Box 182676, Columbus, OH 43218-2676 |

| | | |
|---|---|---|
| 516928879 | *+ | Donna Streahle, 43 New St., Bridgeton, NJ 08302-2401 |
| 516928885 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516928887 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516928877 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518502125 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe AZ 85284-0046 |
| 516928878 | ##+ | Donna Streahle, 43 New St., Bridgeton, NJ 08302-2401 |
| 516928897 | ##+ | Sterling National Bank, 21 Scarsdale Raod, Tuckahoe, NY 10707-3204 |

TOTAL: 1 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006- FF9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust PC5 Sterling Natl lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Michael Frederick Dingerdissen | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org |
| Seymour Wasserstrum | on behalf of Debtor Henry J Streahle III mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10